Massachusetts Mutual Life Insurance Company, Appellee, v. Michael J. Hanley et al. Dorothy Sherwin, Appellant.

Gen. No. 41,174.

opinion filed November 4, 1940. L. A. Sherwin and Louis Rieger, for appellant; Louis Rieger and Wm. A. Sherwin, of counsel; Eckert & Peterson, for appellee; Walter H. Eckert, William U. Bardwell and Owen Rall, of counsel. Opinion by PRESIDING JUSTICE O'CONNOR. "Not to be published in full."